IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLINTON B.,[1]  )
 )
    Plaintiff,  )
 )
v.  )
 )
ANDREW SAUL,  )
*Commissioner of Social Security*,  )
 )
    Defendant.  ) Civil Action No. 3:18-CV-932-C-BN

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the final decision of the Commissioner should be reversed and that this case should be remanded for further administrative proceedings. The parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is **REVERSED** and the above-styled and -numbered civil action is **REMANDED** back for further administrative proceedings.

SO ORDERED this 30th day of July, 2019.

                                                SAM R. CUMMINGS
                                               SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.